**Electronically Filed
Supreme Court
SCAD-16-0000218
24-JUN-2022
09:37 AM
Dkt. 161 ODMR**

SCAD-16-0000218

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ANTHONY P. LOCRICCHIO
Respondent.

ORIGINAL PROCEEDING
(ODC CASE NOS. 13-066-9136 and 14-040-9183)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the June 7, 2022 motion for reconsideration submitted by Respondent Anthony Locricchio, the June 9, 2022 response filed by the Office of Disciplinary Counsel, and the record in this matter,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, June 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

